# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2926
_____

TORREY DEWAYNE WALKER,

   Appellant,

v.

JUDICIAL QUALIFICATIONS
COMMISSION,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

April 11, 2024


PER CURIAM.

   AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Torrey Dewayne Walker, pro se, Appellant.

Lansing C. Scriven of Lanse Scriven Law, Tampa, for Appellee.